UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN A. GOSNEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>STAN SIXKILLER, and FORT SIMCOE JOB CORPS,<br><br>        Defendants. | NO. CV-10-3043-LRS<br><br>ORDER OF DISMISSAL |

Upon the Joint Motion and Stipulation for Dismissal of the parties, Ct. Rec. 7,

IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiff and to counsel for Defendant.

The District Court Executive is direct to CLOSE THIS FILE.

IT IS SO ORDERED this 17th day of November, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

ORDER OF DISMISSAL- 1